UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re *Ex Parte* Application of JSC UNITED CHEMICAL COMPANY URALCHEM for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782. | Case No. 20-3651<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the application of petitioner, JSC United Chemical Company Uralchem ("Uralchem"), for an Order extending the deadline set in the Court's June 29, 2021 Opinion & Order (ECF Nos. 33 & 34) (the "Opinion & Order") for filing an amended application pursuant to 28 U.S.C. §1782 ("Section 1782") for 60 days from July 29, 2021 to September 27, 2021, as well as for a 30-day extension of Uralchem's time to appeal the Opinion & Order, pursuant to FRAP 4(a)(5); and Lawton Lane Chemical Inc. having consented to this request; and for good cause shown;

IT IS, on this 22nd day of July, 2021,

ORDERED that Uralchem's deadline to file an amended Section 1782 application is hereby extended to September 27, 2021; and if it is further

ORDERED that Uralchem's time to file any appeal from the Opinion & Order is hereby extended for 30 days until August 28, 2021.

SO ORDERED.

_____
CLAIRE C. CECCHI, U.S.D.J.