UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------ X

In re *Ex Parte* Application of JSC UNITED
CHEMICAL COMPANY URALCHEM
for an Order to Conduct Discovery
for Use in Foreign Proceedings            2:20-cv-03651-CCC-MF
Pursuant to 28 U.S.C. § 1782

------------------------------------------------------------ X

**Order Concerning Scheduling**

Having reviewed the letter from Rodney Villazor, dated October 7, 2021, the Court enters the following order:

1.  Lawton Lane Chemical Inc. ("Lawton") shall file any opposition to the Amended Application (ECF No. 37) by December 22, 2021;

2.  JSC United Chemical Company Uralchem shall file any reply by January 28, 2022; and

3.  Lawton shall file any sur-reply by February 16, 2022.

SO ORDERED

*[signature]*

Hon. Claire C. Cecchi

Dated: 11/10/2021